## BURNS v. MALONE.

No. 2502.     Opinion Filed February 11, 1913.

(130 Pac. 278.)

**INDIANS—Agricultural Lease—Right to Crops.** The fact that an
agricultural sublease of Indian lands may be void, because not
approved by the Secretary of the Interior, does not justify the
landlord in unlawfully taking possession of the crops and appro-
priating them to his own use.

(Syllabus by Ames, C.)

*Error from District Court, Pawnee County;
John J. Shea, Judge.*

Action by John A. Malone against Henry Burns. Judgment
for plaintiff, and defendant brings error. Affirmed.

*T. J. Leahy,* for plaintiff in error.

Opinion by AMES, C. The plaintiff was a tenant of the
defendant. In his absence, and without his permission, the de-
fendant wrongfully took possession of his crop. He brought this
action of replevin to recover the corn. The answer was a general
denial.

It appears from the evidence that the land on which the
corn was grown was Osage land; that the defendant held under
a lease which was not approved by the Secretary of the Interior;

and that the plaintiff held under a lease from the defendant, which likewise was not approved by the Secretary of the Interior; and the defendant claims that by virtue of this fact the leases were void, and that this justified him in wrongfully taking possession of the plaintiff's crop. This contention must be denied on the authority of *Holden v. Lynn,* 30 Okla. 663, 120 Pac. 246, 38 L. R. A. (N. S.) 239.

The judgment of the trial court should be affirmed.

By the Court: It is so ordered.